No. 11–0104/AF. U.S. v. Edward T. Hudson. CCA 37249. On consideration of Appellee's petition for reconsideration of this Court's order of August 14, 2013, it is ordered that said petition for reconsideration is denied.

No. 11–0567/AR. U.S. v. Eric L. Nordin. CCA 20090044. Appellant's motion to substitute the supplement to the petition for grant of review is granted.

No. 13–0594/AR. U.S. v. Alice M. Roosa. CCA 20100879. Appellant's motion for leave to substitute personal matters is granted.

No. 13–0717/AF. U.S. v. Zachary R. Lynch. CCA 38094. Appellee's motion to strike Appellant's attachment of facts outside the record but included in Appellant's brief is denied.

No. 13–6004/AF. U.S. v. Samuel A. Wicks. CCA 2013–08. On consideration of the motions to allow the appearance of a law student on behalf of amicus curiae (Jonathan Brown), to allow for Jonathan Brown to appear as amicus curiae, to submit oral argument, and to file an amicus curiae brief, it is ordered that said motions are hereby granted, and the amicus curiae will be allotted 10 minutes to present oral argument.

No. 14–0031/AF. U.S. v. Gary B. Higgins. CCA 38202. Appellant's motion to withdraw his petition for grant of review is granted.

No. 14–0103/AR. U.S. v. Robert A.C. Pearson. CCA 20120324. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 29, 2013.

Friday, October 11, 2013

